IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


FLOYD SPENCE,                                    No. 3:12-cv-00426-HU

                        Plaintiff,              ORDER

            v.

CAROLYN W. COLVIN, Commissioner,
Social Security Administration,

                        Defendant.


Kathryn Tassinari
Brent Wells
Harder Wells Baron & Manning, PC
474 Willamette Street, Suite 200
Eugene, OR 97401

            Attorneys for Plaintiff

Adrian L. Brown
U.S. Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, OR 97204

/ / /
/ / /

Nancy A. Mishalanie
Social Security Administration
Office of the General Counsel
701 5th Avenue, Suite 2900, M/S 901
Seattle, WA 98104-7075

       Attorneys for Defendant

HERNANDEZ, District Judge:

       Magistrate Judge Hubel issued a Findings and Recommendation (#15) on July 18, 2013,

in which he recommends that this Court affirm the Commissioner's decision. The matter is now

before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

       Because no objections to the Magistrate Judge's Findings and Recommendation were

timely filed, I am relieved of my obligation to review the record *de novo*. United States v.

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

Judge's report to which objections have been made). Having reviewed the legal principles *de

novo*, I find no error.

CONCLUSION

       The Court adopts Magistrate Judge Hubel's Findings and Recommendation (#15).

Accordingly, the Commissioner's final decision is affirmed.

       IT IS SO ORDERED.

       DATED this _____ day of August, 2013.


                                     _____

                                   MARCO A. HERNANDEZ
                                   United States District Judge